GENERAL FIREPROOFING COMPANY, Respondent, *v.* THE KEEPSDRY CONSTRUCTION COMPANY et al., Defendants, NEW YORK STATE NATIONAL BANK, Appellant, and THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

(Submitted January 27, 1919; decided February 4, 1919.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 225 N. Y. 180.)